IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) ADKINS ENERGY, LLC; ROD GIESEKE; ) JAY BUTSON; DAN HOLLAND; ) MATTHEW FOLEY; ELMER RAHN; ) DAVID SCHENK; DAVID DALY; ) RAY BAKER; and PEARL CITY ) ELEVATOR, INC., ) ) ) Defendants. ) | Case No. 1:21-cv-04933<br><br>Honorable Mary M. Rowland |

## STIPULATION TO DISMISS

Now come the parties, individually or by their respective attorneys, and stipulate and agree to the dismissal of this action with prejudice, with each party to bear its own fees and costs, pursuant to the terms in the parties' fully executed settlement agreement and claims release.

PHILADELPHIA INDEMNITY
INSURANCE COMPANY

Date 3/31/23      NAME _____

Title  Counsel for PIIC
       Cope Ehlers P.C.

Page 1 of 3

ADKINS ENERGY, LLC

Date March 1, 2023

NAME: [signature]

Counsel for Adkins Energy, LLC

Title

PEARL CITY ELEVATOR, INC.

Date _____

NAME: _____

Title _____

ROD GIESEKE

Date _____    _____

JAY BUTSON

Date _____    _____

DAN HOLLAND

Date _____    _____

MATTHEW FOLEY

Date _____    _____

ELMER RAHN

Date _____    _____

ADKINS ENERGY, LLC

Date March 1, 2023    NAME: _____
                      Title Counsel for Adkins Energy, LLC

PEARL CITY ELEVATOR, INC.

Date 04/06/2023    NAME: _____
                   Title CEO

ROD GIESEKE

Date _____    _____

JAY BUTSON

Date _____    _____

DAN HOLLAND

Date _____    _____

MATTHEW FOLEY

Date 04-06-2023    _____

ELMER RAHN

Date 4-6-2023    _____

Page 2 of 3

ADKINS ENERGY, LLC

Date _____  NAME:_____

_____
Title

PEARL CITY ELEVATOR, INC.

Date _____  NAME:_____

_____
Title

ROD GIESEKE

Date 3/11/23  *[signature: Rodney B Gieseke]*

JAY BUTSON

Date _____  _____

DAN HOLLAND

Date _____  _____

MATTHEW FOLEY

Date _____  _____

ELMER RAHN

Date _____  _____

ADKINS ENERGY, LLC

Date _____  NAME:_____

_____
Title

PEARL CITY ELEVATOR, INC.

Date _____  NAME:_____

_____
Title

ROD GIESEKE

Date _____  _____

JAY BUTSON

Date 3/17/2023  */s/ Jay Butson*

DAN HOLLAND

Date _____  _____

MATTHEW FOLEY

Date _____  _____

ELMER RAHN

Date _____  _____

Page 2 of 3

ADKINS ENERGY, LLC

Date _____ NAME:_____

_____
Title

PEARL CITY ELEVATOR, INC.

Date _____ NAME:_____

_____
Title

ROD GIESEKE

Date _____ _____

JAY BUTSON

Date _____ _____

DAN HOLLAND

Date 3-1-23 *Dan Holl* (signature)

MATTHEW FOLEY

Date _____ _____

ELMER RAHN

Date _____ _____

DAVID SCHENK

Date 4-6-23  *(signed)* David Schenk

DAVID DALY

Date 4/6/2023  *(signed)*

RAY BAKER

Date _____

DAVID SCHENK

Date _____ _____

DAVID DALY

Date _____ _____

RAY BAKER

Date  3/6/23  *[signature]*